**\*E-FILED 11-15-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANET L. SAVAGE, | No. C10-04216 HRL |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| MTF RELOCATION, INC. dba BEST LOCAL RELOCATION, dba BEST WEEK RELOCATION, dba ADVANCED RELOCATION dba ASAP RELOCATION, dba MTF RELOCATION MOVING AND STORAGE, | |
| Defendants. | |

Because service of the complaint and summons apparently has not yet been effected, the initial case management conference set for November 23, 2010 is **continued to January 25, 2011, 1:30 p.m.** All related deadlines (*see* Docket No. 3, Order Setting Initial Case Management Conference and ADR Deadlines) are adjusted accordingly.

Plaintiff will be permitted to appear telephonically at the January 25, 2011 case management conference. She shall make necessary arrangements to have CourtCall (866-582-6878) initiate the call to the court just prior to the time set for the conference.

SO ORDERED.

Dated:   November 15, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-04216-HRL Notice mailed to:

2  Janet L. Savage
   P.O. Box 524
3  Lawton, OK 73502-0524

4      Pro Se Plaintiff