**\*E-FILED 03-23-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANET L. SAVAGE,<br><br>            Plaintiff,<br>    v.<br><br>MTF RELOCATION, INC. dba BEST LOCAL RELOCATION, dba BEST WEEK RELOCATION, dba ADVANCED RELOCATION dba ASAP RELOCATION, dba MTF RELOCATION MOVING AND STORAGE,<br><br>            Defendants.<br>_____/ | No. C10-04216 HRL<br><br>**ORDER (1) DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; (2) REFERRING MATTER TO CLERK OF COURT; AND (3) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Janet Savage sues for alleged violations of the Carmack Amendment (49 U.S.C. § 14704), RICO violations, and fraud. Presently before the court is her motion for default judgment (Docket No. 18). Before seeking default judgment, however, plaintiff must first request entry of default under Fed. R. Civ. P. 55(a). A review of the court's docket indicates that Savage has not yet done so.

Plaintiff's motion for default judgment is referred to the Clerk of the Court for consideration as a request for entry of default. Plaintiff's request for default judgment is denied without prejudice to renew the motion if default is entered by the Clerk of the Court. The initial case management conference set for March 29, 2011 is continued to May 24, 2011, 1:30 p.m. in

Courtroom 2.

SO ORDERED.

Dated:   March 23, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 5:10-cv-04216-HRL Notice mailed to:

2 Janet L. Savage
P.O. Box 524
3 Lawton, OK 73502-0524

4   Pro Se Plaintiff