**\*E-FILED 08-03-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANET L. SAVAGE,<br><br>          Plaintiff,<br>    v.<br><br>MTF RELOCATION, INC. dba BEST LOCAL RELOCATION, dba BEST WEEK RELOCATION, dba ADVANCED RELOCATION dba ASAP RELOCATION, dba MTF RELOCATION MOVING AND STORAGE,<br><br>          Defendants.<br>_____/ | No. C10-04216 HRL<br><br>**INTERIM ORDER RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

Presently before the court is plaintiff Janet Savage's motion for default judgment in which she "seeks $36,252.50 in statutory damages." (Docket No. 26 at 1). Plaintiff has not, however, submitted with her motion any documentation supporting the amount of damages she seeks. Although plaintiff has appended to her complaint some documents pertaining to her claims, it is not readily apparent how she has arrived at the sums she now requests.

Accordingly, no later than **August 24, 2011**, plaintiff shall file with the court a declaration explaining the bases for her claimed damages, along with any supporting documentation. If plaintiff needs assistance in preparing the documentation, she is encouraged to contact the Federal Legal Assistance Self-Help Center (FLASH), located on the 4th Floor of the Federal Courthouse in San Jose. Appointments with FLASH may be made by signing up at

1  the Center or by calling 408-297-1480.

2       SO ORDERED.

3  Dated: August 3, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1  5:10-cv-04216-HRL Notice mailed to:

2  Janet L. Savage
   P.O. Box 1179
3  Oakdale, CA 95316-1179

4           Pro Se Plaintiff