

Janet L. Savage
346 N. 2nd Avenue
Oakdale, CA 95361
(209) 480-5541

Plaintiff

**FILED**

AUG 2 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JANET L. SAVAGE, ) | |
| ) | |
| Plaintiff, ) | Case No. CV10 4216 HRL |
| ) | |
| vs. ) | MOTION FOR DEFAULT |
| ) | JUDGMENT |
| MTF RELOCATION, INC., a California Corporation, ) | |
| d/b/a BEST LOCAL RELOCATION, d/b/a BEST ) | |
| WEEK RELOCATION, d/b/a ADVANCED ) | |
| RELOCATION, d/b/a ASAP RELOCATION, d/b/a ) | |
| MTF RELOCATION MOVING AND STORAGE ) | |
| ) | |

## I. INTRODUCTION

Plaintiff, Janet L. Savage, brings a Motion for Entry of Default Judgment by the Court (the "Motion") in the above-entitled proceeding on Defendant(s) MTF RELOCATION, INC., a California Corporation, d/b/a BEST LOCAL RELOCATION, d/b/a BEST WEEK RELOCATION, d/b/a ADVANCED RELOCATION, d/b/a ASAP RELOCATION, d/b/a MTF RELOCATION MOVING AND STORAGE, pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure. Plaintiff seeks $36,252.50 in statutory damages. The Complaint in this proceeding was filed and the first summons was issued on September 17, 2010. Said summons was returned to the Clerk of the Court

unexecuted because the business was unknown at the address provided. A second summons was issued on October 27, 2010 with the business on record with California Secretary of State Corporation database, and served on the Defendant on November 4, 2010 at an address of 4423 Fortran Court, San Jose, CA. Default was entered and filed by the Clerk of Court on March 25, 2011.

## II. NATURE OF ACTION

a. This is an action arising from Defendant's widespread, deceptive pattern and practice of baiting consumers of moving services with reasonable, written estimates, switching the charges to artificially-inflated amounts, and holding consumers' household belongings hostage until the artificially-inflated amounts are paid. Plaintiff sues for Violation of Federal Rules and Regulations Governing Household Movers under the non-exclusive, cumulative remedy contained in 49 U.S.C. §14704 (Count I), Violation of Racketeer Influenced Corrupt Organization Act ("RICO") (Count II), and Fraud in the Inducement (Count III).

b. Defendant provides consumers in the market for moving services with pre-move written estimates that set forth the estimated cost of their move (the "**Estimated Charge**"), which is based in large part on the estimated weight of the belongings to be moved (the "**Estimated Weight**"). Consumers use these estimates to shop around and find the most suitable moving company.

c. To prevent abusive practices, federal and state laws and regulations provide several different safeguards for consumers. In particular, written estimates provided by moving companies must be "reasonably accurate," consumers must be given notice

of when their belongings will be weighed to determine the actual charge so that they have a reasonable opportunity to attend the weighing (the "**Notice of Weighing Requirement**"), and consumers' belongings must be delivered upon payment of the Estimated Charge plus 10% (the "**110% Limit**"). This lawsuit arises from Defendant's widespread practice of ignoring these requirements in a deceptive, unlawful and unfair manner.

## III. RELIEF SOUGHT

Pursuant to Rule 54(c) of the Federal Rules of Civil Procedure, the relief requested in a motion for entry of default judgment may not exceed the remedies sought in the complaint. Plaintiff motions that the court order that Default Judgment be made against Defendant(s) in the amount of $36,252.50 as requested in the original Complaint filed on September 17, 2010, pursuant to the provisions of Rule 12(a)(1) of the Federal Rules of Civil Procedure.

DATE: August 4, 2011

Janet L. Savage, pro se
E-mail: jlsavage01@gmail.com
346 N. 2nd Avenue
Oakdale, CA 95361
Telephone No.: (209) 480-5541