

Janet L. Savage
346 N. 2nd Avenue
Oakdale, CA 95361
(209) 480-5541

Plaintiff



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANET L. SAVAGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MTF RELOCATION, INC., a California Corporation, ) <br> d/b/a BEST LOCAL RELOCATION, d/b/a BEST ) <br> WEEK RELOCATION, d/b/a ADVANCED ) <br> RELOCATION, d/b/a ASAP RELOCATION, d/b/a ) <br> MTF RELOCATION MOVING AND STORAGE ) <br> ) | Case No. CV10 4216 HRL <br><br> AFFIDAVIT IN SUPPORT OF <br> MOTION FOR ENTRY OF <br> DEFAULT JUDGMENT |

I, Janet L. Savage, being duly sworn, state as follows:

1. I am the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were served upon the defendant(s) on November 4, 2010.

3. An answer to the complaint was due on November 25, 2010. No response was served within the time allowed by law nor has (have) the defendant(s) sought additional time within which to respond.

4. The default of defendant(s) was entered on March 25, 2011.

5. To my best information and belief, defendant(s) is (are) not an infant or incompetent person.

6. The claim of the plaintiff(s) is for: $36,262.50 in statutory damages, which is three times the estimated amount of the total value of lost items, plus monies already paid by the Plaintiff to the Defendant(s). This figure was calculated by itemizing estimated ("garage sale") values of household furnishings and items, personal possessions, and items of sentimental value, for a total of $11,790.00; then, adding money paid to the Defendant(s) by means of a U.S. Postal Money Order (#16716981036) in the amount of $157.50 dated October 6, 2009 and by means of an Official Check issued by Washington Mutual Bank (#2308815745) in the amount of $735.00 dated October 6, 2009. The aggregate total of these items was then multiplied by three.

DATE: August 4, 2011

Janet L. Savage, pro se
E-mail: jlsavage01@gmail.com
346 N. 2nd Avenue
Oakdale, CA 95361
Telephone No.: (209) 480-5541

State of California
County of Stanislaus

On August 22nd 2011 before me, Crystal L. Swanson, public notary personally appeared Janet L. Savage, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Crystal L. Swanson_ (Seal)



CRYSTAL L. SWANSON
Commission # 1825060
Notary Public - California
Stanislaus County
My Comm. Expires Nov 28, 2012

# EXHIBIT 1

## LIST OF ITEMS AND ESTIMATED VALUES

| Description of Item(s) | Estimated Value of Item(s) |
|---|---|
| Computer Desk | $70.00 |
| TV Stand | $20.00 |
| Matching Dresser w/mirror, queen size headboard, and footboard | $1,500.00 |
| Queen Size Box Spring & Mattress (Serta) | $400.00 |
| Queen Size Sleigh Bed Frame & rails | $900.00 |
| Queen Size Box Spring & Mattress | $100.00 |
| Side-by-Side Frigidaire refrigerator | $200.00 |
| Kenmore 80 Series Washing Machine & Dryer | $150.00 |
| 3 Piece goose feather sectional sofa | $2,000.00 |
| Sony KD36FS130 36-Inch FD Trinitron WEGA Television | $400.00 |
| Assorted Books | $300.00 |
| Assorted DVDs and CDs | $250.00 |
| Craft Supplies | $150.00 |
| Heirloom Lamp | $200.00 |
| Entire wardrobe of business/work clothing, shoes, and purses | $1,500.00 |
| Heirloom books/Family Bible that were given to me | $100.00 |
| Dishes, pots & pans, bakeware, Tupperware, utensils, glasses, small kitchen appliances, etc. | $800.00 |
| Sentimental Art projects that had been made by my son over the years; as well as Christening & 1st Birthday Videos | $500.00 |
| Sentimental memorabilia that belonged to my deceased brother | $50.00 |
| Sentimental memorabilia & nick-knacks that belonged to my deceased grandmother and great-grandmother | $1,000.00 |
| Home office supplies, computer manuals, digital camera manual & accessories, etc. | $300.00 |
| Paint Spray Rig | $900.00 |
| | |
| **ESTIMATED TOTAL VALUE OF LOST ITEMS** | **$11,790.00** |